# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

KEITH ANDERSON,

        Plaintiff,

v.

KITSAP COUNTY JAIL, et al.,

        Defendants.

CASE NO. C15-5414 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 18. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Plaintiff's complaint is **DISMISSED without prejudice**, and this case is closed.

Dated this 22nd day December, 2015.

                                                                   BENJAMIN H. SETTLE
                                                                   United States District Judge

ORDER